

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

October 18, 2019

**Via ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    *The New York Times Company et al. v. United States Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 18 Civ. 2902 (SDA)

Dear Judge Aaron:

      We write on behalf of the parties in the above-referenced action, in accordance with the Court's September 20, 2019, endorsement of the parties' previous status letter.

      As previously noted, Plaintiffs are satisfied with the records produced by the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATFE") in response to their Freedom of Information Act ("FOIA") request. The parties will meet and confer regarding the question of attorney fees, and propose that they submit a joint status report by November 18, 2019. By that time, they hope to have fully resolved this matter.



We thank the Court for its consideration of this matter.

    Respectfully submitted,

By: __/s/_____
  Charles Crain, Supervising attorney
  MEDIA FREEDOM AND INFORMATION
   ACCESS CLINIC
  ABRAMS INSTITUTE
  Yale Law School
  P.O. Box 208215
  New Haven, CT 06520-8215
  Tel: (203) 436-5824
  Fax: (203) 432-3034
  Email: charles.crain@yale.edu


  GEOFFREY S. BERMAN
  United States Attorney for the
  Southern District of New York

By:__/s/_____
  EMILY BRETZ
  Assistant U.S. Attorney
  86 Chambers Street, Third Floor
  New York, New York 10007
  Telephone: (212) 637-2777
  Facsimile: (212) 637-2702
  Emily.Bretz@usdoj.gov