

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 18, 2019

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *The New York Times Company et al. v. United States Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 18 Civ. 2902 (SDA)

Dear Judge Aaron:

　　We write on behalf of both parties in the above-referenced action to submit a joint status report.  As previously noted, Plaintiffs in this case sought records of communications regarding bump stocks and/or replacement shoulder stocks for AR-15 style rifles from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATFE"), pursuant to the Freedom of Information Act ("FOIA").

　　Plaintiffs are satisfied with the records produced by ATFE.  Plaintiffs have now submitted a fee request, which is under agency consideration.  The parties intend to continue to meet and confer about attorney fees and propose that they submit a joint status report by December 18, 2019, by which time they hope to be able to have fully resolved this matter.

We thank the Court for its consideration of this matter.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:    */s/ Emily E. Bretz*
        EMILY E. BRETZ
        Assistant United States Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2777
        Facsimile: (212) 637-2702
        Email: emily.bretz@usdoj.gov

By:    */s/ Charles Crain*
        Charles Crain
        MEDIA FREEDOM AND INFORMATION
           ACCESS CLINIC
        ABRAMS INSTITUTE
        Yale Law School
        P.O. Box 208215
        New Haven, CT 06520-8215
        Telephone: (203) 436-5824
        Facsimile: (203) 432-3034
        Email: charles.crain@yale.edu