

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

December 18, 2019

**BY ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:   *The New York Times Company et al. v. United States Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 18 Civ. 2902 (SDA)

Dear Judge Aaron:

    We write on behalf of both parties in the above-referenced action to submit a joint status report. As previously noted, Plaintiffs in this case sought records of communications regarding bump stocks and/or replacement shoulder stocks for AR-15 style rifles from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATFE"), pursuant to the Freedom of Information Act ("FOIA").

    As the parties noted in the joint status report they submitted on November 18, 2019, Plaintiffs are satisfied with the records produced by ATFE and have submitted a fee request. The parties have continued to confer about attorney fees and propose that they submit a joint status report by January 17, 2020, by which time they hope to be able to have fully resolved this matter.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

ENDORSEMENT: Request GRANTED. a joint status report shall be filed by January 17, 2020. SO ORDERED.
Dated: December 18, 2019

*/s/ Stewart D. Aaron*

P.O. BOX 208215, NEW HAVEN, CONNECTICUT 06520-8215 • FACSIMILE 203 432-2064
COURIER ADDRESS 127 WALL STREET, NEW HAVEN, CT 06511



We thank the Court for its time and consideration.

        Respectfully submitted,

        /s/ Charles Crain
        Charles Crain, Supervising attorney
        MEDIA FREEDOM AND INFORMATION
           ACCESS CLINIC
        ABRAMS INSTITUTE
        Yale Law School
        P.O. Box 208215
        New Haven, CT 06520-8215
        Tel: (203) 436-5824
        Fax: (203) 432-3034
        Email: charles.crain@yale.edu


        GEOFFREY S. BERMAN
        United States Attorney for the
        Southern District of New York

By:  /s/ Emily Bretz
        EMILY BRETZ
        Assistant U.S. Attorney
        86 Chambers Street, Third Floor
        New York, New York 10007
        Telephone: (212) 637-2777
        Facsimile: (212) 637-2702
        Emily.Bretz@usdoj.gov