

ABRAMS INSTITUTE FOR FREEDOM OF EXPRESSION

# Yale Law School

January 17, 2020

**BY ECF**
The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *The New York Times Company et al. v. United States Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 18 Civ. 2902 (SDA)

Dear Judge Aaron:

    We write on behalf of both parties in the above-referenced action to submit a joint status report. As previously noted, Plaintiffs in this case sought records of communications regarding bump stocks and/or replacement shoulder stocks for AR-15 style rifles from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATFE"), pursuant to the Freedom of Information Act ("FOIA").

    As the parties noted in the joint status report they submitted on December 18, 2019, Plaintiffs are satisfied with the records produced by ATFE and have submitted a fee request. Defendant has since submitted a counter-proposal on attorney fees, and the parties are continuing to confer. The parties propose that they submit a joint status report by February 17, 2020, by which time they hope to be able to have fully resolved this matter.



We thank the Court for its time and consideration.

    Respectfully submitted,

    /s/ Charles Crain
    Charles Crain, Supervising attorney
    MEDIA FREEDOM AND INFORMATION
       ACCESS CLINIC
    ABRAMS INSTITUTE
    Yale Law School
    P.O. Box 208215
    New Haven, CT 06520-8215
    Tel: (203) 436-5824
    Fax: (203) 432-3034
    Email: charles.crain@yale.edu


    GEOFFREY S. BERMAN
    United States Attorney for the
    Southern District of New York

By:  /s/ Emily Bretz
    EMILY BRETZ
    Assistant U.S. Attorney
    86 Chambers Street, Third Floor
    New York, New York 10007
    Telephone: (212) 637-2777
    Facsimile: (212) 637-2702
    Emily.Bretz@usdoj.gov