

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

February 14, 2020

**By ECF**

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel P. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  *The New York Times Company et al. v. United States Bureau of Alcohol, Tobacco, Firearms, and Explosives*, 18 Civ. 2902 (SDA)

Dear Judge Aaron:

    We write on behalf of both parties in the above-referenced action to submit a joint status report. As previously noted, Plaintiffs in this case sought records of communications regarding bump stocks and/or replacement shoulder stocks for AR-15 style rifles from the Bureau of Alcohol, Tobacco, Firearms, and Explosives ("ATFE"), pursuant to the Freedom of Information Act ("FOIA").

    The parties have now come to an agreement to resolve this matter, and will submit a proposed stipulation and order for your Honor's review in short order.

    We thank the Court for its consideration of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:      */s/ Emily E. Bretz*
EMILY E. BRETZ
Assistant United States Attorney
86 Chambers Street, Third Floor
New York, New York 10007
Telephone: (212) 637-2777
Facsimile: (212) 637-2702
Email: emily.bretz@usdoj.gov

By:     */s/ Charles Crain*
Charles Crain
MEDIA FREEDOM AND INFORMATION
    ACCESS CLINIC
ABRAMS INSTITUTE
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Telephone: (203) 436-5824
Facsimile: (203) 432-3034
Email: charles.crain@yale.edu